| | |
|---|---|
| BREATHITT COUNTY PUBLIC SCHOOLS, BY AND THROUGH THE BREATHITT COUNTY BOARD OF EDUCATION v. JUUL LABS, INC. et. al | Case No. 3:20-cv-004868 (WHO) |
| *This Document Relates to:* | **NOTICE OF DISMISSAL** |
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION  3:19-md-02913 (WHO) | Hon. William H. Orrick |

## <u>PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE AS TO CERTAIN DEFENDANTS</u>

Plaintiff, by and through counsel hereby gives notice that the above-captioned action is dismissed with prejudice, against the following Defendants, to the extent that they are Defendants in this action:

- JUUL LABS, INC., previously d/b/a PAX LABS, INC. and PLOOM INC.,

**THE MANAGEMENT DEFENDANTS**

- JAMES MONSEES;
- ADAM BOWEN;
- NICHOLAS PRITZKER;
- HOYOUNG HUH;
- RIAZ VALANI;

**THE E-LIQUID MANUFACTURING DEFENDANTS**

- MOTHER MURPHY'S LABS, INC.;
- ALTERNATIVE INGREDIENTS, INC.;
- TOBACCO TECHNOLOGY, INC.;
- eLIQUITECH, INC.;

**THE DISTRIBUTOR DEFENDANTS**

- MCLANE COMPANY, INC.;
- EBY-BROWN COMPANY, LLC;
- CORE-MARK HOLDING COMPANY, INC.;

**THE RETAILER DEFENDANTS**

- CHEVRON CORPORATION;
- CIRCLE K STORES INC.;
- SPEEDWAY LLC;
- 7-ELEVEN, INC.;
- WALMART;
- WALGREENS BOOTS ALLIANCE, INC.

For further clarification, Plaintiff **does not** dismiss any pending claims against the following Defendants, to the extent that they are Defendants in this action[1]:

- ALTRIA GROUP, INC.;
- PHILIP MORRIS USA, INC.;
- ALTRIA CLIENT SERVICES LLC;
- ALTRIA GROUP DISTRIBUTION COMPANY;
- ALTRIA ENTERPRISES LLC

Dated: November 22, 2023

Respectfully Submitted,

*/s/ Ronald E. Johnson, Jr.*
Ronald E. Johnson, Jr.
Sarah N. Emery
Hendy Johnson Vaughn Emery
600 West Main Street
Suite 100
Louisville, KY 40202
Tel. (859) 578-4444
Fax (859) 578-4440
rjohnson@justicestartshere.com
semery@justicestartshere.com

*Attorneys for Plaintiff*

---

[1] To the extent Plaintiff has asserted any other claims against any other defendant(s) not referenced herein, Plaintiff **does not** dismiss any pending claims against those defendant(s).

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2023, I electronically served the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record in this action registered in the CM/ECF system.

/s/ Ronald E. Johnson, Jr.
Ronald E. Johnson, Jr.